IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MICHAEL LYNN SMITH, #1283062 | § | |
| VS. | § | CIVIL ACTION NO. 6:06cv65 |
| DOUG DRETKE, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). The Plaintiff's *in forma pauperis* status is revoked. The Plaintiff may resume the lawsuit if he pays the entire filing fee of $250 within thirty days from the entry of this Order. It is further

**ORDERED** that all motions not previously ruled on are hereby denied.

The Court notes that the Plaintiff has submitted large amounts of documents to the Clerk's office that are unrelated to the claims in the complaint. These documents should be returned and future documents should be rejected unless the Plaintiff pays the full filing fee within thirty days. It is accordingly

**ORDERED** that the Clerk shall return unfiled all documents that have not been filed which have been submitted in this case and all documents that may be submitted in the future, other than documents relating to an appeal.  The Plaintiff may resume submitting documents if he pays the full filing fee within thirty days from the entry of this order.

**SIGNED this 15th day of June, 2006.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE